# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Aileen Briseyda Urbalejo**<br>DOB: 1996; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**18-03178MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 20, 2018, at or near Amado, in the District of Arizona, **Aileen Briseyda Urbalejo**, knowing and in reckless disregard of the fact that a certain illegal alien, to wit Lizeth Fernanda Gonzalez-Aguirre, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 20, 2018, at or near Amado, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a silver 2016 Chevrolet Cruze at the immigration checkpoint on I-19. BPA identified the driver as **Aileen Briseyda Urbalejo** and observed an adult female passenger in the front seat. BPA also noticed two young children in the backseat who were not buckled. BPA could not get the passenger to answer immigration questions. They referred the Cruze to secondary and **Urbalejo** fled and continued north on I-19. As BPA pursued **Urbalejo**, she ran multiple red lights which resulted in a BPA vehicle wreck and a civilian vehicle colliding with her. **Urbalejo** continued before running into a guardrail where she stopped. **Urbalejo** exited the vehicle and was not compliant with BPA commands. BPA drew their weapons and **Ubalejo** grabbed one of the children in the back seat and used the child as a human shield. BPA were able to remove the child from her arms and she began yelling at BPA while they put hand cuffs on her. Once in the BPA vehicle, **Urbalejo** slipped out of the hand cuffs and tried to leave. **Urbalejo** was restrained again and placed back in the BPA vehicle. BPA identified the passenger in the front seat as Lizeth Fernanda Gonzalez-Aguirre and determined that she was in the United States illegally. All four subjects that were in the Cruze were hospitalized for injuries as well as several BPA.

The material witness, Lizeth Fernanda Gonzalez-Aguirre, did not specify the financial arrangements she made to be smuggled into the United States. Gonzalez said that after she crossed into the United States, she was directed to the location where she was first picked up in the Cruze. The driver was a relative of **Urbalejo.** Gonzalez was taken to an apartment where **Urbalejo** lived with her husband and children. She said they

**Continued on reverse.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Lizeth Fernanda Gonzalez-Aguirre

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW _____ RW | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[d)]<br>*Leslie A. Bowman* | DATE<br>June 21, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Continued on front.**

fed her and kept her there for four days. **Urbalejo** told Gonzalez she was taking her to Phoenix. **Urbalejo** gave Gonzalez a dress and did her makeup. As they drove, **Urbalejo** said they would be going through a checkpoint and not to get nervous. The two children were in the back seat and not wearing seatbelts. **Urbalejo** drove away from the checkpoint at a high rate of speed. Gonzalez and the two children were crying and trying to get **Urbalejo** to stop. At one point, **Urbalejo** called her husband and he tried to get her to stop. During the crash, Gonzalez hit her head and went unconscious for a few minutes. After they crashed, **Urbalejo** tried to get her children to run away from the car.