ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MICHAEL D. LOGALBO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.logalbo@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
____ RECEIVED ____ COPY

JUL 1 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-1316-TUC-RCC (EJM)<br>No. 18-3178M (EJM) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | Violation: 8 U.S.C. § 1324(a)(1)(A)(ii)<br>**(Transportation of an Illegal Alien)** |
| Aileen Briseyda Urbalejo, | |
| Defendant. | 18 U.S.C. § 982(a)(6)<br>**Forfeiture Allegation**<br><br>**Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about June 20, 2018, at or near Amado, in the District of Arizona, Aileen Briseyda Urbalejo, knowing and in reckless disregard of the fact that a certain alien, Lizeth Fernanda Gonzalez-Aguirre, had come to, entered and remained in the United States in violation of law, did transport and move said alien, within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

**FORFEITURE ALLEGATION**

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in this Information, defendant, Aileen Briseyda Urbalejo, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable

to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense. The property to be forfeited includes but is not limited to a 2016 Chevy Cruze, VIN: 1G1PE5SB6G7120049.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

7/10/18
Date

MICHAEL D. LOGALBO
Assistant U.S. Attorney

- 2 -